**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1894**

---

LAVERNE SWEENEY,

                              Plaintiff - Appellant,

        versus

RECREATIONAL    INDUSTRIES,    INCORPORATED,    a
Maryland Corporation,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, Senior District
Judge.  (CA-02-158-WMN)

---

Submitted:  November 30, 2004      Decided:  December 22, 2004

---

Before LUTTIG, MICHAEL, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

LaVerne Sweeney, Appellant Pro Se. Barrett W. Freedlander, SAUL
EWING, LLP, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

LaVerne Sweeney appeals the district court's order granting summary judgment to defendant. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sweeney v. Recreational Indus., Inc., No. CA-02-158-WMN (D. Md. June 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED